**John L. CORRIGAN, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5097.

United States Court of Appeals, Federal Circuit.

Oct. 11, 2006.

John L. Corrigan, pro se.

## ORDER

The order of dismissal and the mandate dated 09/27/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.